**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Alejandro CASTELLON, a/k/a Alex Castellon, Defendant—Appellant.**

**No. 06–30195.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 12, 2006.

USBO–Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

R. Wade Curtis, Esq., Boise, ID, for Defendant–Appellant.

Before: GOODWIN, RYMER, and FISHER, Circuit Judges.

MEMORANDUM **

Alejandro Castellon appeals from the 108–month sentence imposed after his guilty-plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

**DISMISSED.**